■ PHILLIPS, LYTLE, HITCHCOCK, BLAINE & HUBER LLP, Appellant, v GOOD EARTH ORGANICS CORPORATION, Respondent. [764 NYS2d 891] —Appeal from an order of Supreme Court, Erie County (Lane, J.), entered October 11, 2002, which, inter alia, denied plaintiff's motion for summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Erie County, Lane, J. Present—Pigott, Jr., P.J., Green, Pine, Scudder and Hayes, JJ.

■ JOEL CHARRON et al., Appellants, v LEONARD J. PETT, Defendant, and ALAN T. NICOLETTE et al., Respondents. [764 NYS2d 892] —Appeal from an order of Supreme Court, Herkimer County (Kirk, J.), entered January 7, 2002, which, inter alia, granted the cross motion of defendants Alan T. Nicolette and Sara M. Nicolette seeking, inter alia, summary judgment dismissing the action against them.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Herkimer County, Kirk, J. Present—Pigott, Jr., P.J., Green, Pine, Scudder and Hayes, JJ.